UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>CHARLENE MABINS,<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   21-09875<br><br>Chapter:  7<br>Honorable Timothy Barnes |

**ORDER GRANTING MOTION FOR RULE 2004 EXAMINATION OF THE DEBTOR**

This matter coming before the Court for a hearing on the U.S. Trustee's Motion for 2004 Examination of the Debtor, notice of the Motion having been due;

IT IS ORDERED that:

1. The motion is granted as set forth herein.

2. The U.S. Trustee may conduct an examination of the Debtor pursuant to Fed. R. Bankr. P. 2004.

Enter:

*[signature]*

Timothy A. Barnes
United States Bankruptcy Judge

Dated:  October 18, 2021

**Prepared by:**

Jeffrey L. Gansberg
OFFICE OF THE U.S. TRUSTEE
219 S. Dearborn, Room 873
Chicago, Illinois  60604
312-886-3327